UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                          CHAPTER 13
DAVID A. JULIUS
ALYSSON L. JULIUS                                               CASE NO. 14-81205

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    FAY SERVICING LLC                **Court claim #:** 10

**Last four digits** of any number used to identify the debtor's account: 0822

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $7097.28 |
| Amount Paid by Trustee | $7097.28 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/12/17                          /s/Lydia S. Meyer
                                         Lydia S. Meyer, Trustee
                                         308 W. State St., Suite 212
                                         Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of June, 2017.

Dated:  6/12/17                          /s/Cynthia K. Burnard

FAY SERVICING, LLC
440 S. LASALLE STREET
SUITE 2000
CHICAGO, IL 60605

OCWEN LOAN SERVICING
PO BOX 780
WATERLOO, IA  50704-0780

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

FAY SERVICING LLC
BANKRUPTCY DEPARTMENT
939 W NORTH AVENUE  SUITE 680
CHICAGO, IL 60642

DAVID A. JULIUS
ALYSSON L. JULIUS
139 W. BENTON AVE.
STOCKTON, IL  61085

ATTORNEY DAVID L. DAVITT
4023 CHARLES STREET
ROCKFORD, IL  61108